Forte *v.* Mar-Mar Corporation of West Virginia
et al., Appellants.

Argued April 10, 1973. *Sam-
uel J. Margiotti,* with him *Vincent M. Casey,* and *Mar-*

*giotti, Rich & Gravina,* for appellants; *John L. Laubach, Jr.,* with him *Kenney, Stevens, Clark & Semple,* for appellee.

Order affirmed.